# Exhibit 4

# Video of JCOPE Meeting on 1/26/2016
# [on attached CD]